**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| DONTEY M. WATKINS and RACHEL R. WATKINS, husband and wife, and on behalf of minors: L.W., T.W., and G.W.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF OLYMPIA, a Washington Municipal Corporation; OFFICER BROOKLYN MCKOON; OFFICER B. HOUSER; OFFICER A. WATKINS; OFFICER J. WINNER; AND INTERIM CHIEF RICH ALLEN,<br><br>Defendants. | NO. 3:22-cv-05554-DGE<br><br>**NOTICE OF APPEARANCE** |

TO:         Plaintiffs;

TO:         Plaintiffs' Attorney;

AND TO:   THE CLERK OF THE ABOVE-ENTITLED COURT

NOTICE IS HEREBY GIVEN that John E. Justice of Law, Lyman, Daniel, Kamerrer & Bogdanovich, P.S. hereby makes his appearance for and on behalf of defendants and requests that all further notices and pleadings, except original process, be served upon said defendants and its attorney at the address stated below.

//

//

**NOTICE OF APPEARANCE – 1**
Cause No.:  3:22-cv-05554-DGE

1  Dated this 3rd day of July, 2022.

2  
3  LAW, LYMAN, DANIEL, KAMERRER
   & BOGDANOVICH, P.S.

4  /s/ John E. Justice

5  _____
   John E. Justice, WSBA No. 23042
   Attorney for Defendants
6  P.O. Box 11880, Olympia, WA 98508
   Phone:  (360) 754-3480 Fax: 360-754-3480
7  Email: jjustice@lldkb.com

## CERTIFICATE OF FILING AND SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington that on this date, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, who will send notification of such filing to the following party:

**Plaintiffs' Attorney:**

Lorenzo R. Leoni
MORGAN HILL, P.C.
2102 Carriage Dr. SW, Building C
Olympia, WA 98502
lorenzo@olympialegal.com

DATED this 3rd day of July, 2022 at Tumwater, WA.

/s/ Tam Truong
_____
Tam Truong, Legal Assistant

NOTICE OF APPEARANCE – 2
Cause No.: 3:22-cv-05554-DGE

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*